St Luke's

**Pediatrics at St. Luke's Boise Medical Center**
190 E BANNOCK ST
BOISE ID 83712-6241
Phone: 208-381-2645
Fax: 208-381-4509

August 25, 2025

| | |
|---|---|
| **Patient:** | James Lee Campbell |
| **MR Number:** | 4402900 |
| **Date of Birth:** | 2/18/2008 |

To whom it may concern,

Situation: James is a 17 year old male currently admitted to the Pediatric Hospitalist Service at St. Luke's Children's Hospital. He has a history of severe traumatic brain injury (TBI) status post rehabilitation with persistent profound neurological and functional deficits.

Functional Status: Requires total assistance for all activities of daily living (ADLs), including: dressing, eating, toileting, positioning and transfers. James is non-ambulatory; therefore he is dependent for mobility and safety.

Behavioral Profile: Exhibits disinhibited and impulsive behavior, posing challenges to care and safety. May require behavioral redirection and close supervision.

Rehabilitation History: Completed inpatient rehabilitation, despite therapy, continues to demonstrate substantial disability and cognitive impairment

Care Needs: 24/7 supervision and support

Sincerely,

Natasha Erickson, MD